1  JOHN E. FAGAN, ESQ. (SBN: 107974)
   JILL HALEY PENWARDEN, ESQ. (SBN: 178561)
2  MICHAEL L. REITZELL, ESQ. (SBN: 215272)
   HANCOCK ROTHERT & BUNSHOFT LLP
3  The Lighthouse Center
   850 North Lake Boulevard, Suite 15
4  Post Office Box 7199
   Tahoe City, California 96145-7199
5  Telephone: (530) 583-7767
   Facsimile: (530) 581-3215
6
   Attorneys for Defendant
7  SQUAW VALLEY SKI CORPORATION

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 MATTHEW P. PAXTON, KRIS MILLER    Case No. CIV. S-02-1527 DAD
   PAXTON,
12                                   **STIPULATION TO STAY**
              Plaintiffs,            **ENFORCEMENT OF JUDGMENT**
13
        v.
14
   SQUAW VALLEY SKI CORPORATION,
15                                   Action Filed:      July 12, 2002
              Defendant.            Trial Date:        May 9, 2005
16                                   Judgment Entered:  May 26, 2005

17

18          Plaintiffs Matthew P. Paxton and Kris Miller Paxton and Defendant Squaw Valley

19 Ski Corporation, through their respective counsel, stipulate as follows:

20          1.    The district court entered judgment in favor of Plaintiffs on May 26, 2005.

21          2.    Plaintiff may not enforce the judgment until June 10, 2005.  (Fed. R. Civ. P.

22 62(b); *see* Fed. R. Civ. P. 6(b) [excluding weekends and holidays from a 10-day period].)

23          3.    Defendant intends to file one or more motions under Federal Rules of Civil

24 Procedure 50(b), 59, and/or 60, on or before June 10, 2005.

25          4.    The district court "may stay the execution of or any proceedings to enforce

26 a judgment pending the disposition of a motion for a new trial or to alter or amend a judgment

27 made pursuant to Rule 59, or of a motion for relief from a judgment or order made pursuant to

28 Rule 60, or of a motion for judgment in accordance with a motion for a directed verdict made

[TCDOC:2672-13-325142.1]                                    CIV. S-02-1527 DAD
              STIPULATION TO STAY ENFORCEMENT OF JUDGMENT

1    pursuant to Rule 50 . . . ."  (Fed. R. Civ. P. 62(b).)

2            5.      The parties agree that Plaintiff will neither enforce nor institute proceedings

3    to enforce the judgment until 10 days after the district court enters an order finally resolving all

4    post-trial motions described in paragraph 3 above.

5            IT IS SO STIPULATED AND AGREED.

6    DATED:  June 3, 2005              HANCOCK ROTHERT & BUNSHOFT LLP

7

8
                                      By:  _____/s/_____
9                                          Michael L. Reitzell
                                           Attorneys for Defendant
10                                         SQUAW VALLEY SKI CORPORATION

11
     DATED: June __, 2005              LAW OFFICES OF BRUCE S. OSTERMAN
12

13

14                                    By:  _____/s/_____
                                           Bruce S. Osterman
15                                         Attorney for Plaintiffs
                                           MATTHEW P. PAXTON AND KRIS
16                                         MILLER PAXTON

17

18            Pursuant to Federal Rule of Civil Procedure 62(b) and the above stipulation of the

19   parties, the district court hereby stays execution of, or any proceedings to enforce, the judgment

20   until 10 days after entry of an order finally resolving all motions described in paragraph 3.

21
     Dated:   June 9, 2005
22
                                      _____
23                                    Dale A. Drozd
24                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
25

26

27   Ddad1/orders.consent/paxton1527.stipord.stayjudg

28

HANCOCK ROTHERT &
BUNSHOFT LLP
P.O. BOX 7199
TAHOE CITY, CA 96145

[TCDOC:2672-13-325142.1]                    2                         CIV. S-02-1527 DAD
                     STIPULATION TO STAY ENFORCEMENT OF JUDGMENT