IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW P. PAXTON, KRIS MILLER PAXTON,

     Plaintiffs,

  v.

SQUAW VALLEY SKI CORPORATION,

     Defendant.
_____/

No. CIV.S-02-1527 DAD

ORDER

     Defendant Squaw Valley Ski Corporation's Application for Approval of Supersedeas Bond to Stay Enforcement of the Judgment Pending Appeal is HEREBY GRANTED and the submitted supersedeas bond in the amount of $1,992,541.50 is HEREBY APPROVED. See Fed. R. Civ. P. 62(d); Local Rule 65.1-151(d).

DATED: September 30, 2005.

                          /s/ Dale A. Drozd
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

DAD:th
orders.consent\paxton1527.bond